United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHRIKANT NARAYAN JOGALEKAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-07317 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL ON NOTICE**

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Dkt. No. 10).

Accordingly, it is Ordered that this case is dismissed without prejudice.

It is so ORDERED.

SIGNED on October 14, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge